IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR294 |
| --- | --- |
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| JUSTIN BOWLES, | |
| Defendant. | |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 26). The Court has reviewed the record in this case and finds as follows:

1. On December 29, 2017, the Court entered a Preliminary Order of Forfeiture (Filing No. 24) pursuant to the 21 U.S.C. §§ 846, 853 based upon the defendant's pleading guilty to Count I and admitting the Forfeiture Allegation of the Indictment. By way of the defendant's admission and the Preliminary Order of Forfeiture, the defendant's interest in a certain 2013 Nissan Altima, VIN No. 1N4AL3AP5DC916630 was forfeited to the government.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 30, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on March 1, 2018 (Filing No. 25).

3. The government has advised the Court that no petitions have been filed. The Court's review of the file confirms no petitions have been filed.

4. The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 26) is granted.

2. All right, title and interest in and to the 2013 Nissan Altima held by any person or entity, other than the government, are hereby forever barred and foreclosed.

3. The 2013 Nissan Altima is forfeited to the government.

4. The government is directed to dispose of the vehicle in accordance with law.

Dated this 1st day of March, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge